THE PEOPLE EX REL. ORRIN W. SMITH, APPELLANT, v.
THE BOARD OF TOWN AUDITORS OF THE TOWN
OF DELHI, RESPONDENT.

*Town auditors — allowance of claim — right to reconsider account.*

On the 7th of November, 1873, a claim of the plaintiff for $450 was presented to and audited by defendant. On the tenth of the same month, at another meeting of the board, the same members being present, it was unanimously voted that the bill be reduced to $200. On the same day the board adjourned, after making and signing a summary of accounts and certificate, including therein the relator's claim at $200. This summary and certificate were, on the 12th of November, 1873, recorded in the town clerk's office and delivered to the supervisors. *Held,* that the resolution of the board allowing the relator's claim at $200, with their action in making and signing the certificate required by law, in which the claim was included at that amount, must be taken as their allowance of the claim. (*People* v. *Stocking,* 50 Barb., 573.)

It is the final action of the board, which consists in making and signing a certificate, that terminates their right to reconsider and re-examine accounts.

APPEAL from an order made at the Special Term refusing to grant a peremptory mandamus.

*O. W. Smith,* relator, in person. *F. Jacobs, Jr.,* for respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Order affirmed, with costs.

---

GEORGE W. THOMPSON, RESPONDENT, v. HARVEY PINE, APPELLANT.

*Code, § 352 — power of County Court to strike out answer on appeal from Justice's Court.*

Although, under section 352 of the Code, making the right to a new trial depend on the amount of the claim of the parties, the defendant may take an undue advantage by setting up a claim fictitious in amount, yet the County Court has no right to strike out the answer, or a part of the answer, when the action has been tried in a Justice's Court. (*Fuller* v. *Brierley,* 36 How., 47.)

The pleadings must stand as they were in the court below, because upon them depend certain rights of the parties in the County Court.